IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LISA BREZ,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**FOUGERA PHARMACEUTICALS** )<br>**INC., et al.,** )<br>)<br>Defendants. ) | Case No. 2:16-cv-02576-DDC-GEB |

## JOINT MOTION TO EXTEND DEADLINES

The parties to this action, by and through their undersigned counsel, hereby respectfully request that the Court extend the following deadlines:

- the May 15, 2017, deadline to mediate this matter;
- the June 7, 2017 deadline to complete discovery;
- the June 22, 2017 deadline to submit a proposed pretrial order; and
- the July 31, 2017 deadline to file dispositive motions.

In support of this Joint Motion, the parties state as follows:

1. On December 7, 2016, the Court entered a Scheduling Order setting initial deadlines for mediation, fact discovery, and motion practice. (Doc. No. 35).

2. Pursuant to the Scheduling Order, the parties have exchanged discovery requests and responses and exchanged settlement proposals.

3. For example, Plaintiff has served responses to Defendants' document requests, interrogatories, and requests for admissions, as well as approximately 1,600 pages of documents. Defendants have served responses to Plaintiff's document requests and interrogatories, as well as approximately 1,200 documents.

4. The parties have also each served expert disclosures and expert reports.

5. The parties also scheduled mediation.

6. However, the parties continue to engage in supplemental discovery and agree that additional discovery is needed before mediation.

7. For example, Defendants are in the process of producing to Plaintiff electronically stored information ("ESI") for 9 separate email custodians, and the parties agree that Defendants' ESI production is necessary before the parties conduct depositions.

8. The parties also agree that completing the depositions of plaintiff and at least two fact witnesses before mediation will allow for a more productive mediation session and ultimately facilitate a more meaningful valuation of this case.

9. Accordingly, to allow the parties to complete depositions and their supplemental written and documentary discovery, the parties respectfully request that the Court extend the deadline to complete fact discovery thirty (30) days to and including July 7, 2017. Pursuant to the Scheduling Order, the 30-day extension of the fact discovery deadline will also extend the deadline for the parties to supplement their initial disclosures to May 28, 2017.

10. The parties also request that the Court extend their deadlines to submit their proposed pretrial order and to file dispositive motions 30 days to July 22, 2017 and August 30, 2017, respectively, and adjourn the pretrial teleconference that is currently scheduled for June 29, 2017 for at least 30 days.

11. Finally, to ensure that the parties have completed the discovery necessary to conduct a productive mediation session, the parties respectfully request that the Court extend the deadline to mediate this matter to August 13, 2017.

12. The parties received one previous extension of their deadline to mediate this matter from April 5, 2017 to May 15, 2017.

13. The parties do not believe granting the extensions requested in this motion will impact the April 3, 2018 trial date set forth in the Scheduling Order.

14. This motion is made in good faith and not for purposes of vexation, harassment, undue delay, or other improper purpose, and no party will be prejudiced by the request and extension sought in this motion.

WHEREFORE, the parties respectfully request that the Court enter an Order extending the deadline to supplement initial disclosures to May 28, 2017, extending the deadline to complete fact discovery to July 7, 2017, extending the deadline to submit a proposed pretrial order to July 22, 2017, adjourning the pretrial teleconference that is currently scheduled for June 29, 2017 for at least 30 days, extending the deadline to file dispositive motions to August 31, 2017, and extending the deadline to mediate this case to August 31, 2017.

Respectfully submitted,

| | |
|---|---|
| */s/ Anne W. Schiavone* | */s/ Uzo N. Nwonwu* |
| Anne W. Schiavone, #19669 | Anthony Romano, #13486 |
| HOLMAN SCHIAVONE, LLC | Uzo N. Nwonwu, #23492 |
| 4600 Madison Avenue, Suite 810 | LITTLER MENDELSON, P.C. |
| Kansas City, MO 64112 | 1201 Walnut, Suite 1450 |
| aschiavone@hslawllc.com | Kansas City, MO 64106 |
| | Telephone: 816.627.4400 |
| ATTORNEYS FOR PLAINTIFF | Facsimile: 816.627.4444 |
| | aromano@littler.com |
| | unwonwu@littler.com |

3

August W. Heckman III (admitted *pro hac vice)*
Emily Cuneo DeSmedt (admitted *pro hac vice*)
MORGAN LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, New Jersey 08540
august.heckman@morganlewis.com
emily.desmedt@morganlewis.com

ATTORNEYS FOR DEFENDANTS

Firmwide:147397429.1 090466.1001

4