# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LISA BREZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 16-cv-2576-DDC-GEB |
| v. ) | |
| ) | |
| FOUGERA PHARMACEUTICALS INC., ) | |
| SANDOZ INC., et al, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO SEAL CASEFILE

Plaintiff, Lisa Brez, by and through counsel, hereby moves the Court to seal the entire casefile pursuant to Fed. R. Civ. P. 5.2.(d). In support thereof, Plaintiff states the following:

1. Plaintiff's Complaint was filed on August 18, 2016.

2. The parties filed a Joint Stipulation of Dismissal with Prejudice on October 18, 2017.

3. The Court issued a Docket Entry on October 19, 2017 terminating this matter.

4. Plaintiff has subsequently suffered difficulties in securing new employment as a result of this matter being a matter of public record.

WHEREFORE, in light of the above and foregoing, Plaintiff respectfully requests that the Court enter an Order sealing the entire casefile.

Respectfully Submitted,

**HOLMAN SCHIAVONE, LLC**

By: /s/ *Anne Schiavone*
Anne Schiavone, KS Bar #19669
4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
Telephone: 816.283.8738
Facsimile: 816.283.8739
aschiavone@hslawllc.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2018, the above and foregoing was filed using the Court's CM/ECF system, which sent notice of same to all counsel of record.

/s/ *Anne Schiavone*
ATTORNEY FOR PLAINTIFF